UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Claudio A., | Case No. 26-CV-0742 (KMM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, in her official capacity as U.S. Attorney General, U.S. Department of Justice; Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement; Marcos Charles, Enforcement and Removal Operations, Acting Executive Associate Director; and Peter Berg, in his official capacity, Field Office Director for the Minnesota Field Office for ICE within DHS, | |
| Respondents. | |

Petitioner has filed a Motion for Temporary Restraining Order. [ECF 6] That Motion is granted in part as set forth below.

The Court finds that the Petitioner has demonstrated a risk of irreparable harm if he is moved out of the District of Minnesota to an unknown location. Specifically, he has alleged that he will be unable to communicate with counsel if he is transferred, and such communication is necessary given the complex issues raised in his Petition for a Writ of Habeas Corpus. Given the time-sensitive nature of this request, the Court determines it is appropriate to grant this relief immediately, even absent a response from Respondents.

In addition, Petitioner has demonstrated that the issues in his case require prompt attention, and the Court adjusts the deadlines applicable to this case below in light of the additional material in the newly-filed documents. However, the Court declines to Order Petitioner's immediate release — the ultimate relief sought by the petition itself — at this

1

stage, and without giving Respondents an opportunity to demonstrate any legal basis for Petitioner's continued detention.

Therefore it is **Ordered**:

1. Respondents are enjoined from removing Petitioner from the District of Minnesota during the pendency of this case. In light of the temporary nature of detention facilities at the Whipple Building, the Court expects Petitioner will be held in another facility. Within 24 hours of Petitioner being moved, Respondents should notify the Court and counsel for Petitioner of his whereabouts.

2. The deadline for Respondents to respond to the Petition, as required by Judge Brisbois's Order [ECF 4], is accelerated. Respondents must file the required response on or before February 4, 2026. If Petitioner wishes to file a Reply, he must do so on or before February 7, 2026.

3. If Respondents believe relief from this Order is required, they may file a Motion seeking such relief at any time.

Dated: January 28, 2026                    *s/Katherine M. Menendez*
                                            Katherine M. Menendez
                                            United States District Judge