# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Claudio A.A.,                                    No. 26-cv-742 (KMM/LIB)

        Plaintiff,

v.                                                       **ORDER**

 Pamela Bondi, et al.,

        Defendants.

---

In a Report and Recommendation ("R&R") dated February 12, 2026, United States Magistrate Judge Leo I. Brisbois recommends that Petitioner Claudio A.A.'s Petition for a writ of habeas corpus be granted and Claudio A.A. be released in Minnesota immediately. (Dkt. 13.) Judge Brisbois set an expedited schedule for objections to the R&R, with objections due by February 14, 2026. Respondents did not object to this recommended disposition by the deadline, and still have not done so four days later. Therefore, the Court has reviewed the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court finds no error and adopts the R&R.

Based on the above, and on the full record before the Court, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Dkt. 13) is **ACCEPTED**.

2. Petitioner Claudio A.A.'s Petition for a writ of habeas corpus (Dkt. 1) is **GRANTED**.

3. The Court **ORDERS** Respondents to immediately release Claudio A.A. in Minnesota, **and without any new conditions,** no later than **5:00 PM on February 19, 2026.**

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 12:00 PM on February 20, 2026** certifying the date, time, and location of Claudio A.A.'s release. If Claudio A.A. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

5. Respondents must release Claudio A.A. with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as when it was taken.

6. In the R&R, Judge Brisbois recommended that Respondents be Ordered to Show Cause for transferring Petitioner to Texas after the entry of an Order prohibiting them from doing so. (Dkt. 13 at 17 ¶ 7.) The Court assumes that the Petitioner has long since been returned to the District of Minnesota. If that is incorrect and Petitioner is instead in Texas, Respondents are required to also submit a memorandum of law and any necessary supporting documentation explaining why he was not returned to the District promptly after the Court's Order, or promptly after the issuance of the R&R.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: **February 18, 2026**

_s/ Katherine M. Menendez_
Katherine M. Menendez
United States District Judge