# UNITED STATES DISTRICT COURT
## District of Minnesota

Claudio Anaya Arce,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons,
Marcos Charles, Peter Berg,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-742 KMM/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**1.** The R&R (Dkt. 13) is **ACCEPTED**.

2. Petitioner Claudio A.A.'s Petition for a writ of habeas corpus (Dkt. 1) is **GRANTED**.

3. The Court **ORDERS** Respondents to immediately release Claudio A.A. in Minnesota, **and without any new conditions,** no later than **5:00 PM on February 19, 2026**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 12:00 PM on February 20, 2026** certifying the date, time, and location of Claudio A.A.'s release. If Claudio A.A. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

5. Respondents must release Claudio A.A. with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as

when it was taken.

6. In the R&R, Judge Brisbois recommended that Respondents be Ordered to Show Cause for transferring Petitioner to Texas after the entry of an Order prohibiting them from doing so. (Dkt. 13 at 17 ¶ 7.) The Court assumes that the Petitioner has long since been returned to the District of Minnesota. If that is incorrect and Petitioner is instead in Texas, Respondents are required to also submit a memorandum of law and any necessary supporting documentation explaining why he was not returned to the District promptly after the Court's Order, or promptly after the issuance of the R&R.

Date: 2/19/2026

KATE M. FOGARTY, CLERK